UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 14-cr-85-JAM |
| v. ) | |
| ) | |
| NELSON DIAZ ) | October 4, 2023 |

**MEMORANDUM REGARDING**
**VIOLATION HEARING SCHEDULED FOR OCTOBER 5, 2023**

Nelson Diaz, by counsel, hereby submits this memorandum for the Court's review in connection with the violation hearing scheduled for 10:30 a.m. on Thursday, October 5, 2023. The parties, including the U.S. Probation Office, have conferred regarding a proposed resolution of this matter. Mr. Diaz is expected to admit to the violations arising from his having used controlled substances and not communicating with the Probation Office as directed or required. The parties have agreed that a just and reasonable consequence is for the Court to order his supervised release term revoked and impose a prison term of 60 days, with no supervision to follow.

                                                                       Respectfully submitted,
                                                                        NELSON DIAZ

                                                                        /s/Charles F. Willson/s/_____
                                                                       By Charles F. Willson (# ct24129)
                                                                       FEDERAL PUBLIC DEFENDER'S OFFICE
                                                                       10 Columbus Boulevard, 6th Floor
                                                                       Hartford, CT 06106
                                                                       Tel:   (860) 493-6260
                                                                       Fax:   (860) 493-6269
                                                                       email: Charles_Willson@fd.org

## CERTIFICATE OF SERVICE

  This is to certify that on October 4, 2023, a copy of the foregoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the foregoing.
/s/Charles F. Willson/s/_____
Charles F. Willson