# UNITED STATES DISTRICT COURT

## District of Connecticut

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Nelson Diaz | Case Number: 0205 3:14CR00085-003 |
| | USM Number: 22466-014 |
| | Charles F. Wilson |
| | Defendant's Attorney |

**THE DEFENDANT:**

✓ admitted guilty to violation of condition(s) __Viol No. 1, 2, 3, & 5__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| No. 1 - Mand Cond #4 | The defendant shall refrain from any unlawful use of a controlled substance. | 03/07/2023 |
| No. 2 - Stand Cond #2 | The defendant shall report to the Probation Officer as directed by the Court or Probation Officer. | 08/23/2023 |
| No. 3 - Stand Cond #11 | The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. | 01/01/2023 |

*Check this box if you require additional space for more violation(s).* ✓
*(See Page Two for additional Violations)*

The defendant is sentenced as provided in pages __2__ through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✓ The defendant has not violated condition(s) __Viol No. 4__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 2714

Defendant's Date of Birth: 1988

Defendant's Residence Address:
239 Coleman Street, 2nd Floor
Bridgeport, Connecticut 06604

October 5, 2023
Date of Imposition of Sentence

Jeffrey Meyer  Digitally signed by Jeffrey Meyer
Date: 2023.11.20 16:49:53 -05'00'
Signature of Judge

Honorable Jeffrey A. Meyer
United States District Judge
Name and Title of Judge

November 20, 2023
Date

LF 245D (Rev. 03/2019) Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: Nelson Diaz
CASE NUMBER: 0205 3:14CR00085-003

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| No. 4 - Mand Cond #1 | You must not commit another federal, state, or local crime. | 08/22/2023 |
| No. 5 - Spec Cond #1 | The defendant shall participate in a program for inpatient or outpatient substance abuse treatment and testing, subject to approval by the Court following a recommendation by the probation officer. | 07/11/2023 |

LF 245D (Rev. 03/2019) Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: Nelson Diaz
CASE NUMBER: 0205 3:14CR00085-003

LF 245D  (Rev. 03/2019) Judgment in a Criminal Case for Revocations
    Sheet 2 -- Imprisonment

DEFENDANT:      Nelson Diaz
CASE NUMBER:    0205 3:14CR00085-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
60 Days.

(No Supervised Release to Follow)

☐  The court makes the following recommendations to the Bureau of Prisons:

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐   at                on
   ☐   as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on
   ☐   as notified by the United States Marshal.
   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL